BUTLER COUNTY BAR ASSOCIATION *v.* NASH.

[Cite as *Butler Cty. Bar Assn. v. Nash* (1993), 66 Ohio St.3d 101.]

No. 92–2532—Submitted February 2, 1993—Decided April 14, 1993.)

*Michael T. Gmoser* and *Stephen J. Brewer,* for relator.

*Charles W. Kettlewell,* for respondent.

---

*Per Curiam.* We agree with the findings, conclusions, and recommendation of the board. Respondent is hereby suspended from the practice of law in the state of Ohio for a period of one year. Execution of the sanction is

suspended upon the condition that respondent repay Ballinger $5,000 within thirty days of the issuance of this order.[1]   Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

---

1. On January 20, 1993, attorneys for the parties filed with the court a copy of respondent's cashier's check in the amount of $5,000 payable to Ballinger.